Austin F. Anderson, Cr. Dist. Atty., James C. Onion, Asst. Cr. Dist. Atty., San Antonio, George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is aggravated assault upon an officer; the punishment, one year in jail and a fine of $500.

Appellant plead guilty in the court below without the intervention of a jury.

Appellant here contends that the punishment is cruel and unusual and that the trial court abused his discretion when he assessed such punishment without hearing evidence.

Article 518, C.C.P., reads as follows:

"A plea of guilty in a misdemeanor case may be made either by the defendant or his counsel in open court. In such case, the defendant or his counsel may waive a jury, and the punishment may be assessed by the court, either upon or without evidence, at the discretion of the court."

## Julias PALOMO, Appellant, v. STATE, Appellee.

### No. 25847.

Court of Criminal Appeals of Texas.

May 7, 1952.

Rehearing Denied June 18, 1952.

A. A. Garza, Joe Burkett, San Antonio, for appellant.

Austin F. Anderson, Crim. Dist. Atty., James C. Onion, Asst. Crim. Dist. Atty., San Antonio, George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

This is a companion case to Palomo v. State, Tex.Cr.App., 249 S.W.2d 210, wherein the same question was raised. Reference is made to the opinion in such cause for a discussion of appellant's contention.

Finding no reversible error, the judgment of the trial court is affirmed.